**Electronically Filed
Intermediate Court of Appeals
CAAP-24-0000306
07-JUL-2026
01:04 PM
Dkt. 83 OCOR**

NO. CAAP-24-0000306


IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


DAVID LEONARD K. HALLUMS,
Plaintiff-Appellant/Cross-Appellee,
v.
PAUL ALSTON, in his individual capacity;
GALEN KĪKAHA CHEE, in his individual capacity,
Defendants-Appellees/Cross-Appellants,
and
DOE PERSONS 1-10; DOE CORPORATIONS and PARTNERSHIPS 1-10;
ROE "NON-PROFIT" CORPORATIONS 1-10;
DOE UNINCORPORATED ORGANIZATIONS 1-10;
ROE GOVERNMENTAL ENTITIES 1-10, Defendants


APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CASE NO. 1CCV-23-0001132)


ORDER OF CORRECTION
(By:  Leonard, Presiding Judge)

IT IS HEREBY ORDERED that the Opinion entered on
July 2, 2026 (docket no. 81), in the above case is corrected as
follows:

On page 35, replace "Associate Judge" under Judge
Katherine G. Leonard's signature with "Presiding Judge."

The Clerk of the Court is directed to take all
necessary steps to notify the publishing agencies of this change.

DATED:  Honolulu, Hawaiʻi, July 7, 2026.

/s/ Katherine G. Leonard
Presiding Judge